UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 25-CR-20035

**UNITED STATES OF AMERICA**

**v.**

**LUCAS SEDENO RODRIGUEZ et al.,**

   **Defendant.**
_____/

### RESPONSE TO MOTION TO PRESERVE EVIDENCE

The United States files this response to Keiner Cicilia Rodriguez's Motion to Preserve Evidence. The undersigned has had the opportunity to confer with Mr. Cicilia Rodriguez's counsel. Mr. Cicilia Rodriguez's *Amended* Motion to Preserve Evidence and Schedule Depositions (ECF No. 33) accurately reflects the United States' position.

Respectfully submitted,

HAYDEN O'BYRNE
United States Attorney

/s/ Andres E. Chinchilla
Andres E. Chinchilla
Assistant United States Attorney
U.S. Attorney's Office, Southern District of Florida
99 NE 4th ST
Miami, FL 33132
(305) 961-9102
andres.chinchilla2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of February 2025, the above Response to Motion to Preserve Evidence was electronically filed with the Clerk of Court using CM/ECF system which will automatically send email notification to counsel of record.

/s/ Andres E. Chinchilla
Andres E. Chinchilla
Assistant United States Attorney